| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 5:05CR40019-002-RDR |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR 07 0418 WHA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sung Bo Shim | DISTRICT OF KANSAS | Topeka |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Richard D. Rogers | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/06/06 — TO 10/05/09 |

**OFFENSE**

Misprision of a Felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF KANSAS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 5, 2007
Date

*(signed)* Richard D. Rogers
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

25 June 2007
Effective Date

*(signed)*
United States District Judge

FILED
07 JUL -2 AM 11: [illegible]
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CALIFORNIA