## UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### DISTRICT OF KANSAS

INGRID CAMPBELL
ACTING CLERK
KIM LEININGER
ACTING CHIEF DEPUTY CLERK
259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 551 6719

Topeka, Kansas
July 25, 2007

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 269-6491

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 295-2610

**FILED**

JUL 3 1 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Clerk, U.S. District Court for the
Northern District of California
Internal Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Re: USA vs. Sung Bo Shim
    Our Case No. 05-40019-02-RDR, Your Case No. CR 07 0418 WHA

Dear Clerk:

Please find enclosed, pursuant to the Transfer of Supervised Release, the following
documents from our file:

    Information filed 7/3/06 (certified copy)
    Judgment filed 10/10/06 (certified copy)
    Transfer of Jurisdiction filed 7/18/07 (certified copy)
    Copy of docket sheet (attested copy)

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

        Sincerely yours,

        INGRID CAMPBELL, ACTING CLERK

        By ___ s/ M.Stamper _____
            Deputy Clerk

Enclosures
cc:    U.S. Attorney
       U.S. Probation

IN THE UNITED STATES DISTRICT COURT OF KANSAS
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
2006 JUL -3 P 3: 33
RALPH L. DELOACH
CLERK
BY _____ DEPUTY
AT TOPEKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   05-40019-02-RDR |
| ) | |
| **SUNG BO SHIM,** ) | |
| Defendant. ) | |
| _____ ) | |

## INFORMATION

The United States Attorney charges:

### Count 1

That on or about the 3rd day of December, 2004, in the District of Kansas, and elsewhere, the defendant,

### SUNG BO SHIM,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: possession of approximately 61 kilograms of marijuana with the intent to distribute the same in violation of Title 21, United States Code, Sec. 841(a), did conceal the same, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Sections 4 and 2.

Respectfully submitted,

ERIC F. MELGREN
United States Attorney

David P. Zabel
Special Assistant United States Attorney

District Court    )
District of Kansas    ) SS:
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
Clerk, U.S. District Court

_____ Deputy Clerk
Date 7/25/07

AO 245B (Rev. 06/05) - Judgment in a Criminal Case

# United States District Court
## District of Kansas

UNITED STATES OF AMERICA

v.

SUNG BO SHIM

### JUDGMENT IN A CRIMINAL CASE

Case Number: 5:05CR40019-002

USM Number: 93343-111

Defendant's Attorney  Christopher Joseph

## THE DEFENDANT:

[x]  pleaded guilty to count(s): 1 of the Information .

[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.

[ ]  was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 4 and 2 | Misprision of a Felony | 12/03/04 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___.

[x]  Count(s)  Counts 1 and 2 of the Indictment  are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

10/06/06

Date of Imposition of Judgment

s/Richard D. Rogers

Signature of Judge

Honorable Richard D. Rogers, Senior U. S. District Judge

Name & Title of Judge

10-10-2006

Date

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date filed: 1 0 / 1 0 / 0 6
INGRID A. CAMPBELL, CLERK
By: _____ Deputy Clerk

AO 245B (Rev. 06/05) Judgment in a Criminal Case---Probation

DEFENDANT:       SUNG BO SHIM                                         Judgment - Page 2  of  5
CASE NUMBER:     5:05CR40019-002

# PROBATION

The defendant is hereby sentenced to probation for a term of  3 years .

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

[ ]    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable)

[x]    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check if applicable)

[x]    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check if applicable)

[ ]    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check if applicable)

[ ]    The defendant shall participate in an approved program for domestic violence. (Check if applicable)

       If this judgment imposes a fine or restitution, it is to be a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

       The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)     the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)     the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)     the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)     the defendant shall support his or her dependents and meet other family responsibilities;
5)     the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)     the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)     the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)     the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)     the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 06/05) Judgment in a Criminal Case---Probation

| DEFENDANT: | SUNG BO SHIM | Judgment - Page 3 of 5 |
|---|---|---|
| CASE NUMBER: | 5:05CR40019-002 | |

# SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or other dangerous weapon.

AO 245B (Rev.06/05) Judgment in a Criminal Case--Criminal Monetary Penalties

| | | |
|---|---|---|
| DEFENDANT: | SUNG BO SHIM | Judgment - Page 4 of 5 |
| GASE NUMBER: | 5:05CR40019-002 | |

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the Schedule of Payments set forth in this Judgment.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100. | $ 0 | $ 0 |

[ ] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Totals: | $ _ | $_ | |

[ ] Restitution amount ordered pursuant to plea agreement $ _

[ ] The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options set forth in this Judgment may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    [ ] the interest requirement is waived for the   [ ] fine and/or   [ ] restitution.

    [ ] the interest requirement for the   [ ] fine and/or   [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev.06/05) Judgment in a Criminal Case---Criminal Monetary Penalties

| | |
|---|---|
| DEFENDANT: | SUNG BO SHIM |
| CASE NUMBER: | 5:05CR40019-002 |

Judgment - Page 5 of 5

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   [ ]   Lump sum payment of $ due immediately, balance due

      [ ]   not later than _____, or

      [ ]   in accordance with ( ) C, ( ) D, ( ) E, or ( ) F below; or

B   [x]   Payment to begin immediately (may be combined with ( ) C,  ( ) D, or (x) F below); or

C   [ ]   Payment in monthly installments of not less than 5% of the defendant's monthly gross household income over a period of __ years to commence __ days after the date of this judgment; or

D   [ ]   Payment of not less than 10% of the funds deposited each month into the inmate's trust fund account and monthly installments of not less than 5% of the defendant's monthly gross household income over a period of __ years, to commence __ days after release from imprisonment to a term of supervision; or

E   [ ]   Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   [x]   Special instructions regarding the payment of criminal monetary penalties:

If restitution is ordered, the Clerk, U.S. District Court, may hold and accumulate restitution payments, without distribution, until the amount accumulated is such that the minimum distribution to any restitution victim will not be less than $25.

Payments should be made to Clerk, U.S. District Court, U.S. Courthouse - Room 259, 500 State Avenue, Kansas City, Kansas 66101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

      [ ]   Joint and Several

      Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount Joint and Several Amount and corresponding payee, if appropriate.

| Case Number (including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

      [ ]   The defendant shall pay the cost of prosecution.

      [ ]   The defendant shall pay the following court cost(s):

      [ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, (8) costs, including cost of prosecution and court costs.

.

```
MIME-Version:1.0
From:KSD_CMECF@ksd.uscourts.gov
To:KSD_CMECF_Security@ksd.uscourts.gov
Bcc:KSDml_Finance_KC@ksd.uscourts.gov,Julie.Allmon@usdoj.gov,Melody.Witte@usdoj.gov,
Message-Id:<1031861@ksd.uscourts.gov>
Subject:Activity in Case 5:05-cr-40019-RDR USA v. Shin et al "Judgment"
Content-Type: text/html
```

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Kansas

Notice of Electronic Filing

The following transaction was received from meh, entered on 10/11/2006 at 3:12 PM CDT and filed on 10/10/2006

**Case Name:**        USA v. Shin et al
**Case Number:**     5:05-cr-40019
**Filer:**
**Document Number:** 61

**Docket Text:**
JUDGMENT as to Sung Bo Shim (2), Counts 1, 2, Dismissed at sentencing; Count 1s, Term of Probation: 3 years with standard and special conditions of release; Special Assessment of $100.00 . Signed by Judge Richard D. Rogers on 10/10/06. (meh)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1028492125 [Date=10/11/2006] [FileNumber=1031859-0] [8c2e1779e2feda628a76aa3837ca3710c0f3feafac1ec2faabd593ca2cd644e027 64faf5c1787f47950f4f439a903f01de628590ed5747c2e0d95eb875a7c230]]

**5:05-cr-40019-2 Notice will be electronically mailed to:**

Jason R. Coody     jason.coody@usdoj.gov, susan.obregon@usdoj.gov; usaks.ecftopcrm@usdoj.gov

Christopher Joseph     cjoseph@josephhollander.com, macarena@josephhollander.com

Dennis Roberts     roberts_dennis@sbcglobal.net

Marc A. Schultz     mschultzlaw@cox.net,

David P. Zabel     david.zabel@usdoj.gov, usaks.ecfkccrm@usdoj.gov

**5:05-cr-40019-2 Notice will be delivered by other means to:**

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>5:05CR40019-002-RDR |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>DISTRICT OF KANSAS | DIVISION<br>Topeka |
|---|---|---|
| Sung Bo Shim | NAME OF SENTENCING JUDGE<br>Honorable Richard D. Rogers | |

**FILED**

**JUN 1 8 2007**

Clerk, U.S. District Court
By: _____ Deputy Clerk

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>10/06/06 | TO<br>10/05/09 |
|---|---|---|---|

**WHA**

**CR 07 0418**

| OFFENSE |
|---|
| Misprision of a Felony |

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF KANSAS"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

June 5, 2007
*Date*

*Richard D Rogers*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

25 June 2007
*Effective Date*

*United States District Judge*

U.S. District Court )
District of Kansas ) SS:
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
Clerk, U.S. District Court
By: _____ Deputy Clerk
Dated: 7/25/07

CLOSED, M2255

## U.S. District Court
### District of Kansas (Topeka)
### CRIMINAL DOCKET FOR CASE #: 5:05-cr-40019-RDR All Defendants
### Internal Use Only

Case title: USA v. Shin et al
Other court case number: 06-3372 10CCA
Related Case: 5:06-cv-04146-RDR

Date Filed: 03/23/2005
Date Terminated: 10/18/2006

Assigned to: Senior Judge Richard D.
Rogers

Appeals court case number: '06-3372'
'10CCA'

### Defendant

**Yung Shin** (1)
*TERMINATED: 10/18/2006*

represented by **Dennis Roberts**
370 Grand Avenue - Suite 1
Oakland, CA 94610
510-465-6363
Fax: 510-465-7375
Email: roberts_dennis@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc A. Schultz**
Law Office of Marc A. Schultz, LLC
4021 SW 10th, Suite #351
Suite 1
Topeka, KS 66604
785-273-3900
Fax: 785-273-9001
Email: mschultzlaw@cox.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Attest: A true copy
Clerk, U.S. District Court

By: _____ Deputy Clerk

### Pending Counts

21:841(a)(1), with reference to 812, 841
(b)(1)(C) & 18:2 Possess with intent to
distribute a mixture containing a
detectable amount of marijuana, a
Schedule I controlled substance
(SEALED INDICTMENT FILED
3/23/05)

### Disposition

TERM OF IMPRISONMENT: 1 year
and 1 day; TERM OF SUPERVISED
RELEASE:3 years with standard and
special conditions of release; SPECIAL
ASSESSMENT: $100.00

(2)

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:846, with reference to 812, 841(a)(1), (b)(1)(C) & 18:2 Conspiracy to possess with intent to distribute a mixture containing a detectable amount of marijuana, a Schedule I controlled substance (SEALED INDICTMENT FILED 3/23/05)<br>(1) | DISMISSED |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Senior Judge Richard D. Rogers

## Defendant

**Sung Bo Shim** (2)
*TERMINATED: 10/10/2006*

represented by **Christopher Michael Joseph**
Joseph & Hollander, P.A.- Topeka
1508 SW Topeka Blvd.
Topeka, KS 66612
785-234-3272
Fax: 785-234-3610
Email: cjoseph@josephhollander.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Daniel E. Monnat**
Monnat & Spurrier, Chartered
200 West Douglas, Suite #830
Wichita, KS 67203
316-264-2800
Fax: 316-264-4785
Email: dan.monnat@monnat.com
*TERMINATED: 02/06/2006*
*LEAD ATTORNEY*
*Designation: Retained*

## Pending Counts

18:4 and 2 - WITHHOLDING
INFORMATION ON A CRIME
(INFORMATION FILED 7/3/06)
(1s)

## Disposition

Term of Probation: 3 years with
standard and special conditions of
release; Special Assessment of $100.00

## Highest Offense Level (Opening)

Felony

## Terminated Counts

21:846, with reference to 812, 841(a)
(1), (b)(1)(C) & 18:2 Conspiracy to
possess with intent to distribute a
mixture containing a detectable amount
of marijuana, a Schedule I controlled
substance (SEALED INDICTMENT
FILED 3/23/05)
(1)

21:841(a)(1), with reference to 812, 841
(b)(1)(C) & 18:2 Possess with intent to
distribute a mixture containing a
detectable amount of marijuana, a
Schedule I controlled substance
(SEALED INDICTMENT FILED
3/23/05)
(2)

## Disposition

Dismissed at sentencing

Dismissed at sentencing

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

## Plaintiff

**USA**                                    represented by **David P. Zabel**
Office of United States Attorney --
Kansas City
500 State Avenue, Suite 360
Kansas City, KS 66101
913-551-6708
Fax: 913-551-6541
Email: david.zabel@usdoj.gov
*TERMINATED: 07/15/2006*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason R. Coody**
Office of United States Attorney --
Topeka
290 U.S. Courthouse
444 S.E. Quincy
Topeka, KS 66683-3592
785-295-2850
Fax: 785-295-2853
Email: jason.coody@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2005 | ❍2 | ENTRY OF APPEARANCE by Dennis Roberts appearing for defendant Yung Shin (Sealed User Topeka) Attachment added on 11/22/2005 (mb). (Entered: 11/16/2005) |
| 11/14/2005 | ❍3 | Rule 5(c)(3) Documents Received from Northern District of California as to defendant Yung Shin. (Sealed User Topeka) Attachment added on 11/22/2005 (mb). (Entered: 11/16/2005) |
| 11/21/2005 | ❍4 | Rule 5(c)(3) Documents Received as to defendant Sung Bo Shim from Northern District of California: (Attachments from Case No. 05-70914: # 1 Notice of Proceedings; # 2 Magistrate Judge Minute Order; # 3 Conditions of Release Order; # 4 Commitment to Another District)(mb) Modified text on 11/25/2005 (mb). (Entered: 11/22/2005) |
| 11/21/2005 | ❍5 | ENTRY OF APPEARANCE by attorney Daniel E. Monnat appearing for defendant Sung Bo Shim (mb) (Entered: 11/22/2005) |
| 11/22/2005 | ❍6 | ENTRY OF APPEARANCE by attorney Marc A. Schultz appearing for defendant Yung Shin (mb) (Entered: 11/23/2005) |
| 11/22/2005 | ❍7 | MOTION for attorney Dennis Roberts to appear pro hac vice by defendant Yung Shin. (mb) (Entered: 11/23/2005) |
| 11/22/2005 | ❍8 | AFFIDAVIT of Dennis Roberts in support of 7 MOTION for attorney Dennis Roberts to appear pro hac vice by defendant Yung Shin (mb) (Entered: 11/23/2005) |
| 11/22/2005 | ❍ | PRO HAC VICE FEE PAID on 11/22/05 in the amount of $50.00 (Receipt Number 00056) re: 7 MOTION for attorney Dennis Roberts to appear pro hac vice (THIS IS A TEXT ENTRY ONLY-NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (mb) (Entered: 11/23/2005) |
| 11/22/2005 | ❍9 | ORDER granting 7 Motion to Appear Pro Hac Vice as to defendant Yung Shin (1). If pro hac vice counsel has not already done so, counsel is |

| | | directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a registration form at www.ksd.uscourts.gov/features/forms/pdfforms/efilereg.pdf Signed by Magistrate Judge K. Gary Sebelius on 11/22/05. (mb) (Entered: 11/23/2005) |
|---|---|---|
| 11/22/2005 | ❑ | Arrest of defendants Yung Shin and Sung Bo Shim (mb) (Entered: 11/23/2005) |
| 11/22/2005 | ❑10 | Minute Entry of arraignment held on 11/22/05 before Magistrate Judge K. Gary Sebelius as to defendant Yung Shin: Attorneys Mark Schultz and Dennis Roberts present. Defendant pled not guilty as to Counts 1 and 2 of indictment. Defendant released on previous conditions set in the Northern District of California. Motions due by 12/13/2005. Response deadline 12/20/2005. Motion Hearing set for 1/6/2006 at 11:00 AM before Senior Judge Richard D. Rogers. (Tape #NETWORK 11/22/05.) (mb) (Entered: 11/23/2005) |
| 11/22/2005 | ❑11 | Minute Entry of arraignment held on 11/22/05 before Magistrate Judge K. Gary Sebelius as to defendant Sung Bo Shim (2): Attorney Daniel Monnat present. Defendant pled not guilty as to Counts 1 and 2 of indictment. Defendant released on conditions previously set by Northern District of California. Motions due by 12/13/2005. Response deadline 12/20/2005. Motion Hearing set for 1/6/2006 at 11:00 AM before Senior Judge Richard D. Rogers. (Tape #NETWORK 11/22/05.) (mb) (Entered: 11/23/2005) |
| 11/22/2005 | ❑13 | ORDER Modifying Conditions of Release as to defendant Yung Shin. SEE ORDER FOR DETAILS. Signed by Magistrate Judge K. Gary Sebelius on 11/22/05. (mb) Modified text on 11/29/2005 (mb). (Entered: 11/28/2005) |
| 11/22/2005 | ❑14 | ORDER Modifying Conditions of Release as to defendant Sung Bo Shim. SEE ORDER FOR DETAILS. Signed by Magistrate Judge K. Gary Sebelius on 11/22/05. (mb) Modified text on 11/29/2005 (mb). (Entered: 11/28/2005) |
| 11/23/2005 | ❑12 | GENERAL ORDER OF DISCOVERY & SCHEDULING as to defendants Yung Shin and Sung Bo Shim: Motions due 12/13/05; Responses due 12/20/05; Motion hearing set for 11:00 AM on 1/6/06 before Senior Judge Richard D Rogers. Signed by MagistrateJudge K. Gary Sebelius on 11/22/05. (mb) (Entered: 11/23/2005) |
| 12/06/2005 | ❑15 | Joint MOTION to Continue All Dates by Sung Bo Shim as to Yung Shin, Sung Bo Shim. (Monnat, Daniel) (Entered: 12/06/2005) |
| 12/07/2005 | ❑16 | ORDER granting 15 Motion to Continue. Time excluded from January 6, 2006 until February 3, 2006 as to Yung Shin (1), Sung Bo Shim (2) Motions due by 1/13/2006. Response deadline 1/23/2006. Reply deadline 1/26/05. Motion Hearing set for 2/3/2006 at 09:30 AM before Senior Judge Richard D. Rogers. Signed by Judge Richard D. Rogers on 12/7/05. (meh) (Entered: 12/07/2005) |

| 01/06/2006 | ●17 | Joint MOTION to Continue All Dates by Sung Bo Shim as to Yung Shin, Sung Bo Shim. (Monnat, Daniel) (Entered: 01/06/2006) |
|---|---|---|
| 01/09/2006 | ●18 | ORDER granting 17 Motion to Continue. Time excluded from February 4, 2006 until March 10, 2006 as to Yung Shin (1), Sung Bo Shim (2) Motions due by 2/13/2006. Response deadline 2/23/2006. Reply briefs are due by 2/17/06. Motion Hearing set for 3/10/2006 at 10:00 AM before Senior Judge Richard D. Rogers. Signed by Senior Judge Richard D. Rogers on 1/9/06. (meh) (Entered: 01/09/2006) |
| 02/01/2006 | ●19 | Arrest Warrant returned executed as to defendant Sung Bo Shim (mb) (Entered: 02/02/2006) |
| 02/01/2006 | ●20 | Arrest Warrant returned executed on 11/22/05 as to defendant Yung Shin (mb) (Entered: 02/02/2006) |
| 02/06/2006 | ●21 | ENTRY OF APPEARANCE by attorney Christopher Joseph appearing for Sung Bo Shim *and withdrawal of prior counsel* (Joseph, Christopher) (Entered: 02/06/2006) |
| 02/07/2006 | ●22 | Joint MOTION for Extension of Time to File *Motions* by Sung Bo Shim. (Joseph, Christopher) (Entered: 02/07/2006) |
| 02/08/2006 | ●23 | ORDER granting 22 Joint Motion for Extension of Time to File. Time excluded from March 11, 2006 until May 5, 2006 as to Sung Bo Shim (2) and Yung Shin (1). Motions due by 4/13/2006. Response deadline 4/24/2006. Motion Hearing set for 5/5/2006 at 10:00 AM before Senior Judge Richard D. Rogers. Signed by Judge Richard D. Rogers on 2/8/06. (meh) (Entered: 02/08/2006) |
| 02/11/2006 | ●24 | NOTICE of Joinder of All Motions by Yung Shin as to Yung Shin, Sung Bo Shim (Schultz, Marc) (Entered: 02/11/2006) |
| 03/06/2006 | ●25 | NOTICE OF HEARING as to Defendants Yung Shin, Sung Bo Shim. Jury Trial set for 5/15/2006 at 09:30 AM before Senior Judge Richard D. Rogers. (meh) (Entered: 03/06/2006) |
| 04/12/2006 | ●26 | MOTION to Continue Jury Trial by Sung Bo Shim as to Yung Shin, Sung Bo Shim. (Joseph, Christopher) (Entered: 04/12/2006) |
| 04/12/2006 | ●27 | MOTION to Continue Motions Deadline/Hearing by Sung Bo Shim as to Yung Shin, Sung Bo Shim. (Joseph, Christopher) (Entered: 04/12/2006) |
| 04/17/2006 | ●28 | ORDER granting 27 Motion to Continue. Time excluded from May 6, 2006 until June 1, 2006 as to Yung Shin (1), Sung Bo Shim (2): Motions due by 5/15/2006. Response deadline 5/25/2006. Motion Hearing set for 6/1/2006 at 09:30 AM before Senior Judge Richard D. Rogers. Signed by Judge Richard D. Rogers on 4/17/06. (meh) (Entered: 04/17/2006) |
| 04/17/2006 | ●29 | ORDER granting 26 Motion to Continue. Time excluded from May 16, 2006 until June 26, 2006 as to Yung Shin (1), Sung Bo Shim (2): Jury Trial set for 6/26/2006 at 09:30 AM before Senior Judge Richard D. Rogers. Signed by Judge Richard D. Rogers on 4/17/06. (meh) (Entered: 04/17/2006) |

| 04/20/2006 | ❶30 | MOTION to Suppress *Illegally Seized Evidence and Statements* by Yung Shin as to Yung Shin. (Schultz, Marc) (Filing party's name modified on 4/21/2006. (mg)) (Entered: 04/20/2006) |
|---|---|---|
| 04/20/2006 | ❶31 | MEMORANDUM IN SUPPORT of 30 MOTION to Suppress *Illegally Seized Evidence and Statements* by Yung Shin as to Yung Shin. (Schultz, Marc) (Filer name modified on 4/21/2006. (mg)) (Entered: 04/20/2006) |
| 04/21/2006 | ❶ | NOTICE OF DOCKET TEXT MODIFICATION by Deputy Clerk regarding 30 MOTION to Suppress *Illegally Seized Evidence and Statements* and the 31 Memorandum in Support of Motion. The docket text of these entries has been corrected to reflect these documents are not joint documents and are as to defendant Yung Shin only. Contact the Clerk's Office with questions. (mg) (Entered: 04/21/2006) |
| 05/09/2006 | ❶32 | MOTION to Sever Defendant by Sung Bo Shim. (Attachments: # 1 Exhibit Declaration of Dennis Roberts) (Joseph, Christopher) (Entered: 05/09/2006) |
| 05/15/2006 | ❶33 | MOTION to Suppress by Sung Bo Shim. (Joseph, Christopher) (Entered: 05/15/2006) |
| 05/16/2006 | ❶34 | NOTICE OF HEARING ON MOTION as to Yung Shin, Sung Bo Shim 30 MOTION to Suppress *Illegally Seized Evidence and Statements*, 33 MOTION to Suppress, 32 MOTION to Sever Defendant: Motion Hearing set for 6/1/2006 at 09:30 AM before Senior Judge Richard D. Rogers. (meh) (Entered: 05/16/2006) |
| 05/19/2006 | ❶35 | MOTION to Continue Government's Response Deadline and Motions Hearing by USA as to Yung Shin, Sung Bo Shim. (Zabel, David) (Entered: 05/19/2006) |
| 05/22/2006 | ❶36 | ORDER granting 35 Motion to Continue. Time excluded from June 1, 2006 until June 22, 2006 as to Yung Shin (1), Sung Bo Shim (2): Response deadline 6/15/2006. Motion Hearing set for 6/22/2006 at 10:30 AM before Senior Judge Richard D. Rogers. Signed by Judge Richard D. Rogers on 5/22/06. (meh) (Entered: 05/22/2006) |
| 05/22/2006 | ❶37 | NOTICE OF HEARING ON MOTION as to Yung Shin, Sung Bo Shim: Motion Hearing set for 6/22/2006 at 10:30 AM before Senior Judge Richard D. Rogers. (meh) Modified text on 5/23/2006 (mb). (Entered: 05/22/2006) |
| 06/07/2006 | ❶38 | Unopposed MOTION to Continue Motion hearing on Defendants' motion to suppress illegally seized evidence by Yung Shin. (Schultz, Marc) (Entered: 06/07/2006) |
| 06/12/2006 | ❶39 | ORDER granting 38 Motion to Continue motions hearing. Time excluded from June 23, 2006 until July 7, 2006 as to Yung Shin (1) Motion Hearing set for 7/7/2006 at 10:30 AM before Senior Judge Richard D. Rogers. The court shall also hear the motions filed by co-defendant Sung Bo Shim at that time. The period of delay resulting from this extension shall be excludable under 18 U.S.C. 3161 (h)(8).Signed by Judge Richard |

| | | D. Rogers on 6/12/06. (meh) (Entered: 06/12/2006) |
|---|---|---|
| 06/12/2006 | ●40 | NOTICE OF HEARING ON MOTION as to Yung Shin, Sung Bo Shim 30 MOTION to Suppress *Illegally Seized Evidence and Statements*, 33 MOTION to Suppress, 32 MOTION to Sever Defendant: Motion Hearing set for 7/7/2006 at 10:30 AM before Senior Judge Richard D. Rogers. (meh) (Entered: 06/12/2006) |
| 06/15/2006 | ●41 | Second MOTION to Continue Response Deadline by USA as to Yung Shin, Sung Bo Shim. (Zabel, David) (Entered: 06/15/2006) |
| 06/19/2006 | ●42 | ORDER granting 41 Motion to Continue response deadline as to Yung Shin (1), Sung Bo Shim (2). Response deadline 6/29/2006. Motion Hearing set for 7/7/2006 at 10:30 AM (as previously set) before Senior Judge Richard D. Rogers. Signed by Judge Richard D. Rogers on 6/19/06. (meh) (Entered: 06/19/2006) |
| 06/22/2006 | ●43 | NOTICE OF HEARING as to Defendant Yung Shin. Change of Plea Hearing set for 7/7/2006 at 10:30 AM before Senior Judge Richard D. Rogers. (meh) (Entered: 06/22/2006) |
| 06/26/2006 | ●44 | NOTICE OF HEARING as to Defendant Sung Bo Shim. Change of Plea Hearing set for 7/7/2006 at 10:00 AM before Senior Judge Richard D. Rogers. (meh) (Entered: 06/26/2006) |
| 07/03/2006 | ●45 | INFORMATION filed as to Sung Bo Shim on count 1s. (ms) (Entered: 07/05/2006) |
| 07/07/2006 | ●46 | Minute Entry for proceedings held before Judge Richard D. Rogers : Change of Plea Hearing as to Sung Bo Shim held on 7/7/2006. Defendant entered a plea of guilty to Count 1 of Superseding Information. (Court Reporter Montgomery - Nora Lyon & Associates.) (meh) (Entered: 07/07/2006) |
| 07/07/2006 | ●47 | WAIVER OF INDICTMENT by Sung Bo Shim (meh) (Entered: 07/07/2006) |
| 07/07/2006 | ●48 | Minute Entry for proceedings held before Judge Richard D. Rogers : Change of Plea Hearing as to Yung Shin held on 7/7/2006. Defendant entered a plea of guilty to count 2 of the Indictment. (Court reporter Montgomery - Nora Lyon & Associates.) (meh) (Entered: 07/07/2006) |
| 07/07/2006 | ●49 | PETITION TO ENTER PLEA OF GUILTY AND ORDER ENTERING PLEA WITH PLEA AGREEMENT ATTACHED as to Defendant Sung Bo Shim . Signed by Judge Richard D. Rogers on 7/7/06. (meh) (Entered: 07/07/2006) |
| 07/07/2006 | ●50 | PETITION TO ENTER PLEA OF GUILTY AND ORDER ENTERING PLEA WITH PLEA AGREEMENT ATTACHED as to Defendant Yung Shin . Signed by Judge Richard D. Rogers on 7/7/06. (meh) (Entered: 07/07/2006) |
| 07/07/2006 | ●51 | NOTICE OF HEARING as to Defendant Sung Bo Shim. Sentencing set for 10/6/2006 at 10:30 AM before Senior Judge Richard D. Rogers. |

| | | (meh) (Entered: 07/07/2006) |
|---|---|---|
| 07/07/2006 | ❶52 | NOTICE OF HEARING as to Defendant Yung Shin. Sentencing set for 10/6/2006 at 11:00 AM before Senior Judge Richard D. Rogers. (meh) (Entered: 07/07/2006) |
| 07/14/2006 | ❶53 | NOTICE OF WITHDRAWAL by David P. Zabel and ENTRY OF APPEARANCE by Jason R. Coody on behalf of USA (Coody, Jason) (Entered: 07/14/2006) |
| 09/25/2006 | ❶54 | SENTENCING MEMORANDUM by Yung Shin (Schultz, Marc) (Entered: 09/25/2006) |
| 09/26/2006 | ❶55 | SENTENCING MEMORANDUM by Sung Bo Shim (Joseph, Christopher) (Entered: 09/26/2006) |
| 10/05/2006 | ❶56 | SENTENCING MEMORANDUM by Sung Bo Shim (Attachments: # 1 Exhibit A,In re Robles)(Joseph, Christopher) (Entered: 10/05/2006) |
| 10/05/2006 | ❶57 | SUPPLEMENT to 54 Sentencing Memorandum by Yung Shin *Exhibit A Medical Report* (Schultz, Marc) (Entered: 10/05/2006) |
| 10/06/2006 | ❶58 | Minute Entry for proceedings held before Judge Richard D. Rogers : Sentencing held on 10/6/2006 as to defendant Sung Bo Shim. (Court Reporter Stewart.) (meh) (Entered: 10/06/2006) |
| 10/06/2006 | ❶59 | Minute Entry for proceedings held before Judge Richard D. Rogers : Sentencing held on 10/6/2006 as to defendant Yung Shin (Court Reporter Stewart.) (meh) (Entered: 10/06/2006) |
| 10/06/2006 | ❶60 | MOTION to Stay of Entry of Judgment by Yung Shin. (Schultz, Marc) Modified on 10/11/2006 (ms). (Entered: 10/06/2006) |
| 10/10/2006 | ❶61 | JUDGMENT as to Sung Bo Shim (2), Counts 1, 2, Dismissed at sentencing; Count 1s, Term of Probation: 3 years with standard and special conditions of release; Special Assessment of $100.00 . Signed by Judge Richard D. Rogers on 10/10/06. (meh) (Entered: 10/11/2006) |
| 10/17/2006 | ❶62 | Satisfaction of Assessment by USA as to Sung Bo Shim (Wilson, Tanya) (Entered: 10/17/2006) |
| 10/18/2006 | ❶63 | JUDGMENT as to Yung Shin (1), Count 1, DISMISSED; Count 2, TERM OF IMPRISONMENT: 1 year and 1 day; TERM OF SUPERVISED RELEASE:3 years with standard and special conditions of release; SPECIAL ASSESSMENT: $100.00 . Signed by Judge Richard D. Rogers on 10/18/06. (meh) (Entered: 10/18/2006) |
| 10/18/2006 | ❶64 | NOTICE OF APPEAL TO 10CCA by Yung Shin re 63 Judgment, (Schultz, Marc) (Entered: 10/18/2006) |
| 10/20/2006 | ❶65 | Satisfaction of Assessment by USA as to Yung Shin (Wilson, Tanya) (Entered: 10/20/2006) |
| 10/23/2006 | ❶ | APPEAL FEE PAID in the amount of $455.00 (Receipt number T4631000881) as to defendant Yung Shin's Notice of Appeal - Final |

| | | |
|---|---|---|
| | | Judgment 64 (THIS IS A TEXT ONLY ENTRY-NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (mb) (Entered: 10/23/2006) |
| 10/23/2006 | ●66 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Yung Shin, re 64 Notice of Appeal. (Attachments: # 1 Letter to Clerk) (ms) (Entered: 10/23/2006) |
| 10/30/2006 | ●67 | RECEIPT FROM 10CCA of Preliminary Record on Appeal as to Yung Shin re 64 Notice of Appeal, Appeal No. 06-3372 (ms) (Entered: 11/01/2006) |
| 10/30/2006 | ●68 | APPEAL DOCKETED in 10CCA on 10/26/06 and assigned Appeal No. 06-3372, re 64 Notice of Appeal filed by Yung Shin (ms) (Entered: 11/01/2006) |
| 12/04/2006 | ●69 | NOTICE of Dismissal of Appeal as to Yung Shin (Schultz, Marc) (Entered: 12/04/2006) |
| 12/29/2006 | ●70 | MOTION to Vacate under 28 U.S.C. 2255 by Yung Shin. (Schultz, Marc) Civil case 5:06-cv-4146 opened. (Entered: 12/29/2006) |
| 12/29/2006 | ●71 | MEMORANDUM IN SUPPORT of 70 MOTION to Vacate under 28 U.S.C. 2255 by Yung Shin (Schultz, Marc) (Entered: 12/29/2006) |
| 12/29/2006 | ●72 | MOTION to Modify Conditions of Release *for enlargement on bail* by Yung Shin. (Schultz, Marc) (Entered: 12/29/2006) |
| 12/29/2006 | ●73 | MEMORANDUM IN SUPPORT of 72 MOTION to Modify Conditions of Release *for enlargement on bail* by Yung Shin (Schultz, Marc) (Entered: 12/29/2006) |
| 12/29/2006 | ●74 | AFFIDAVIT re 70 MOTION to Vacate under 28 U.S.C. 2255 filed by Yung Shin by Yung Shin (Schultz, Marc) (Entered: 12/29/2006) |
| 12/29/2006 | ●75 | AFFIDAVIT re 72 MOTION to Modify Conditions of Release *for enlargement on bail* filed by Yung Shin by Yung Shin (Schultz, Marc) (Entered: 12/29/2006) |
| 01/03/2007 | ●77 | MANDATE from 10CCA: dismissing appeal upon Appellant Yung Shin's Motion and Declaration of Counsel, re: Notice of Appeal 64 (Appeal No. 06-3372) (ms) Modified on 1/5/2007 (ms). (Entered: 01/05/2007) |
| 01/05/2007 | ●76 | ORDER as to Yung Shin. The Government is directed to file a response on or before January 12, 2007. The defendant shall have 10 days following the filing of the government's response in which to file a reply if he desires. Signed by Judge Richard D. Rogers on 1/5/07. (meh) (Entered: 01/05/2007) |
| 01/05/2007 | ●78 | RESPONSE to Motion by USA as to Yung Shin re 70 MOTION to Vacate under 28 U.S.C. 2255 (Coody, Jason) (Entered: 01/05/2007) |
| 01/08/2007 | ●79 | ORDER granting 72 Motion to Modify Conditions of Release as to Yung |

| | | Shin (1). The court shall extend the time for the defendant's surrender from January 8, 2007 to January 15, 2007. Signed by Judge Richard D. Rogers on 1/5/07. (meh) (Entered: 01/08/2007) |
|---|---|---|
| 01/10/2007 | ●80 | REPLY TO RESPONSE to Motion by Yung Shin re 70 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Exhibit in support of 2255)(Schultz, Marc) (Entered: 01/10/2007) |
| 01/12/2007 | ●81 | ORDER denying 70 Motion to Vacate (2255) as to Yung Shin (1). IT IS FURTHER ORDERED that defendant's motion for enlargement of bail pending consideration of his 2255 motion (Doc. # 72) be hereby denied as moot. Signed by Judge Richard D. Rogers on 1/12/07. (meh) Civil Case 5:06-cv-04146-RDR closed. (Entered: 01/12/2007) |
| 01/17/2007 | ●82 | ORDER as to Yung Shin. The defendant has informally requested that his surrender date be extended to January 20, 2007. Having considered all of the circumstances, the court shall allow the defendant to report to the institution at Taft, California on January 17, 2007. Signed by Judge Richard D. Rogers on 1/17/07. (meh) (Entered: 01/17/2007) |
| 01/30/2007 | ●83 | Judgment Returned Executed as to Yung Shin on 1/17/07. (ms) (Entered: 02/01/2007) |
| 05/14/2007 | ●84 | PETITION AND ORDER for Modification of Conditions of Supervision with consent of the offender Yung Shin. Signed by Judge Richard D. Rogers on 5/14/07. (ms) (Entered: 05/14/2007) |
| 05/30/2007 | ●85 | ORDER and Request Modifying Conditions of Supervised Release as to defendant Sung B. Shim. Signed by Judge Richard D. Rogers on 5/30/07. (meh) (Entered: 05/31/2007) |
| 07/18/2007 | ●86 | Probation Jurisdiction Transferred to USDC Northern District of California as to Sung Bo Shim. Transmitted certified copies of Transfer of Jurisdiction form, Indictment, and Judgment and an attested docket sheet. (Attachments: # 1 Letter to Clerk) (ms) (Entered: 07/25/2007) |